
October 31, 2023

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Kelly v. County of Suffolk, et al.*
Docket No.: 21-cv-06685 (ERK)(JMW)

Dear Judge Wicks:

As the parties have previously advised the court this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $1,700,000.00 exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment.

Attached for the court's consideration is a letter from plaintiff's counsel, Frederick K. Brewington, Esq., which confirms consent to the settlement, and a letter which confirms approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature.

An Order for the Court's signature is also attached.

Please advise if the court requires any further information and thank you for your time and consideration.

Very truly yours,

Dennis M. Brown
Acting County Attorney

*/s/ Christiana S. McSloy*

Christiana S. McSloy
Assistant County Attorney

Encls.